## ZIVNOSTENSKA BANKA, NATIONAL CORPORATION, *v.* STEPHEN, FORMERLY KNOWN AS AUGSTEIN, ET AL.

No. 717.   Decided March 10, 1958.

*Lemuel Skidmore* for appellant.

*Sigmund Timberg* for appellees.

PER CURIAM.

The motion for leave to file brief of Frank Petschek et al., as *amici curiae,* is granted.   The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.